# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| CATHY K. MINNIX, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12CV00038 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: James P. Jones |
| ACTING COMMISSIONER | ) | United States District Judge |
| OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Judgment, it is **ADJUDGED AND ORDERED** that the final decision of the Commissioner of Social Security denying benefits is affirmed.

The Clerk shall close the case.

ENTER: February 18, 2014

/s/ James P. Jones
United States District Judge